UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KLURE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRE DONIEL ARMSTRONG, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-11-1853 EMC<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

    IT IS HEREBY ORDERED that Plaintiff ROBERT KLURE shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco two (2) copies of the Court file with a notice of referral of the case pursuant to the guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for <u>all purposes</u> for the duration of the case.

2. Upon being notified by the Project that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

**United States District Court**
For the Northern District of California

1  3. All proceedings in this action are hereby stayed until four weeks from the date an
2  attorney is appointed to represent Plaintiff.
3
4  IT IS SO ORDERED.
5
6  Dated: February 24, 2012
7  _____
   EDWARD M. CHEN
8  United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT KLURE,

    Plaintiff,

v.

ANDRE DONIEL ARMSTRONG et al,

    Defendant.

Case Number: CV11-01853 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Klure
P.O. Box 254503
Sacramento, CA 95865

Dated: February 24, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk