1  MUNGER, TOLLES & OLSON, LLP
   Peter A. Detre (State Bar No. 182619)
2  peter.detre@mto.com
   Laura K. Sullivan (State Bar No. 281542)
3  laura.sullivan@mto.com
   560 Mission St., 27th Floor
4  San Francisco, CA 94105-2907
   Telephone: (415) 512-4000
5  Facsimile: (415) 512-4077

6  Attorneys for Plaintiff
   Robert Klure
7

8  LIVINGSTON LAW FIRM
   Crystal L. Van Der Putten (State Bar No. 227262)
9  cvanderputten@livingstonlawyers.com
   1600 South Main Street, Suite 280
10 Walnut Creek, CA 94596
   Telephone: (925) 952-9880
11 Facsimile: (925) 952-9881

12 Attorney for Defendant
   Cornell Corrections of California, Inc.
13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                 SAN FRANCISCO DIVISION

17

18 ROBERT KLURE,                            NO. 3:11-CV-01853-EMC

19              Plaintiff,                  **STIPULATION OF DISMISSAL WITH PREJUDICE**

20       v.                                 Judge:  Hon. Edward M. Chen

21 ANDRE DONIEL ARMSTRONG,
   CORNELL CORRECTIONS, AND DOES
22 1 TO 100,

23

24              Defendants.

25

26

27

28

1  WHEREAS Plaintiff Robert Klure ("Klure") filed a tort action, Case No. CGC-12-519821, in California Superior Court on April 6, 2012 against Defendants Andre Armstrong, Cornell Corrections of California, Inc. ("Cornell"), and The GEO Group, Inc. (the "State Court Proceeding") premised on the same facts and allegations at issue in the First Amended Complaint in this action;

WHEREAS Fed. R. Civ. P. 41(a) (1)(A)(ii) authorizes dismissal of an action upon stipulation of the all parties who have appeared;

WHEREAS only Klure and Cornell have appeared in this action;

WHEREAS Klure and Cornell agree that this matter should be litigated in the State Court Proceeding;

WHEREAS Klure and Cornell agree that this Stipulation will have no prejudicial effect on the state court proceeding;

WHEREAS Cornell agrees that it will not assert as a defense to the State Court Proceeding that the claims currently alleged in the State Court Proceeding are time barred.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel that:

1. This action shall be and hereby is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

2. Such dismissal is without prejudice as to all claims asserted by Klure in the State Court Proceeding and shall have no effect thereon.

3. The parties shall bear their own fees and costs incurred in this action.

| | | |
|---|---|---|
| 1 | DATED: | MUNGER, TOLLES & OLSON LLP |
| 2 | 6/25/12 | |
| 3 | | By: _____ |
| 4 | | LAURA K. SULLIVAN |
| 5 | | Attorneys for Plaintiff<br>ROBERT KLURE |
| 6 | DATED: 6/22/12 | LIVINGSTON LAW FIRM |
| 7 | | |
| 8 | | By: _____<br>CRYSTAL L. VAN DER PUTTEN |
| 9 | | |
| 10 | | Attorneys for Defendant<br>CORNELL CORRECTIONS OF |
| 11 | | CALIFORNIA, INC. |

<u>Filer's Attestation</u>

I, Laura K. Sullivan, am the ECF user whose identification and password are being used to file this **Stipulation of Dismissal Without Prejudice**. In compliance with General Order 45.X.B, I hereby attest that Crystal L. Van Der Putten concurs in this filing.

DATED: 6/05/12

_____/s/_____

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -   Stipulation of Dismissal With Prejudice;
NO. 3:11-CV-01853-EMC